**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 22-7449**

─────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ALEXANDER JONES,

        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:17-cr-00022-D-1)

─────────────

Submitted:  May 18, 2023                        Decided:  May 23, 2023

─────────────

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Alexander Jones, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Jones appeals the district court's order denying several motions, including Jones' motion for reconsideration of the court's order denying Jones' 28 U.S.C. § 2255 motion and his motion for compassionate release. Jones, in the lone issue raised on appeal, asserts that the district court erroneously refused to apply the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, to reduce his sentence because Jones lacks the serious drug convictions necessary to support his sentence as enhanced under the Armed Career Criminal Act (ACCA), 18 U.S.C. § 924(e). We have reviewed the record as to this issue, *see* 4th Cir. R. 34(b) (recognizing that this court "limit[s] its review to the issues raised in the informal brief"), and discern no error. We therefore affirm the district court's order. *United States v. Jones*, No. 5:17-cr-00022-D-1 (E.D.N.C. Dec. 6, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2